Keating v. United Healthcare Services, Inc.
Attachment to Defendant's Notice of Removal

# EXHIBIT A

Copies of all process, pleadings, and orders
Served upon Defendant in State Court Action
Entitled *Jacqueline M. Keating v. United Healthcare Services, Inc.*
Small Claim Division of the New Hampshire Circuit Court, 10th Circuit –
District Division in Derry, New Hampshire
Case No. 431-2019-SC-00663

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - District Division - Derry
10 Courthouse Lane
Derry NH 03038

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

October 08, 2019

**DIRK MCMAHON**
**9900 BREN ROAD EAST**
**MINNETONKA MN  55343**

Case Name:     **Jacqueline Keating v. United Healthcare Services Inc.**
Case Number:   **431-2019-SC-00663**

October 08, 2019
Date

Robin E. Pinelle
Clerk of Court

(125995)
C:

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - District Division - Derry
10 Courthouse Lane
Derry NH  03038

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:     **Jacqueline Keating v. United Healthcare Services Inc.**
Case Number:   **431-2019-SC-00663**

You have been sent a Small Claim Complaint which serves as notice that this legal action has been filed against you in the Circuit Court. Review the Small Claim Complaint to see the basis for the plaintiff's claim.

Each Defendant is required to file a Response with the court **on or before the Return Date** noted on the bottom of the Complaint. You must file your Response electronically. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, s/he will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then, under Circuit Court, select the E-File option for self-represented parties.

1. Click E-File Here (File Into Your Case) to enter the e-filing application.
2. If it is your first time filing, click Sign up and follow the prompts. Otherwise, enter your username and password and click Log In.
3. Select "*Small Claim*", and *"File into an Existing Case"*.
4. Select your Circuit and Court location from the dropdown lists and click next.
5. Enter court case number 431-2019-SC-00663 and click Next.
6. When you find your case, click on the link and follow the instructions on the screens. On the *"What Would You Like to File?"* screen, select "*Response to Small Claim*". Follow the instructions to complete your filing. Within your Response, you may request a hearing; agree that you owe the plaintiff; request a jury trial; file a counterclaim; or indicate that you have recently filed bankruptcy.
7. Review your Response before submitting it to the court. Be sure to click Submit.

NOTE: If you request a jury trial, or file a counterclaim the filing fee must be paid by the return date.

**IMPORTANT:** After receiving your response, the court will send notifications and court orders electronically <u>to the email address you provide.</u> Check your email frequently during your case.

If you wish, you may choose to pay the plaintiff (or plaintiff's attorney, if any) prior to the Return Date. However, you should be aware that the proceedings will continue unless the court receives a notice from the plaintiff that payment has been received.

**Failure to register and file a Response on or before the Return Date will result in a Default Judgment being entered against you. The Default Judgment may include attorney's fees and other costs in addition to the original claim amount.**

The small claims process is governed by <u>RSA Chapter 503</u>. In addition, a person who is filing or defending against a small claim will want to be familiar with the Rules of the District Division. While there is a section within the District Division Rules that specifically deal with <u>Small Claims</u>, there are others which will be relevant to the small claims process. This information is also available on the court's website: <u>www.courts.state.nh.us</u>

If you have questions regarding this process, please contact the court at 1-855-212-1234.

C: Dirk Mcmahon

Filed
File Date: 9/30/2019 12:59 PM
10th Circuit - District Division - Derry
E-Filed Document

*For e-Filing only*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: 10th Circuit - District Division - Derry

Case Name: Jacqueline M Keating v. United Healthcare Services Inc.

Case Number: 431-2019-SC-00663
(if known)

## SMALL CLAIM COMPLAINT

Plaintiff name: Jacqueline M Keating

Residence address:

Street: 87f Constitution Drive

City: Londonderry

State: NH          Zip code: 03053

Telephone: (cell) _____

(home) _____

Mailing address: (if different):

Street: _____

City: _____

State: _____ Zip code: _____

E-mail: jmktwelve@aol.com

Date of birth: *Provide on Confidential Information Sheet* ☐ Check here if there are multiple Plaintiffs

**If filing on behalf of another individual or a business please see below, otherwise continue to Defendant Information.**

☐ **District Division Rule 1.3D Statement Attached** (This is required when filing on behalf of an individual or business in addition to the applicable authorization below.)

Type of Business/ 3rd Party: (If applicable)

| | |
|---|---|
| ☐ Corporation | ☐ Trust |
| ☐ Limited Liability Company | ☐ Partnership |
| ☐ Sole Proprietorship | ☐ Other |

Type of Authorization if filing on behalf of individual or business:

| | |
|---|---|
| ☐ Power of Attorney | ☐ Authorization signed by General Partner |
| ☐ Corporate Resolution (corporation) | ☐ Authorization signed by Trustee |
| ☐ Authorization signed by Member with Management Authority | ☐ Other |

Defendant name United Healthcare Services Inc.

Residence address:

Street: 9900 Bren Road East

City: Minnetonka

State: MN          Zip code: 55343

Telephone: (952) 979-5861

Mailing address: (if different):

Street: _____

City: _____

State: _____ Zip code: _____

☐ Check here if there are multiple Defendants

☐ **Military Statement Attached** (The court cannot issue a default judgment in the event of a default on the part of an individual defendant until the Military Statement has been filed.)

NHJB-2370-De (06/04/2018)

Page 1 of 2

TurboCourt.com Form Set 6397452

Case Name: __Jacqueline M Keating v. United Healthcare Services Inc.__
Case Number: __431-2019-SC-00663__

## SMALL CLAIM COMPLAINT

Type of Business: (If applicable)                    ☒ Agent for Service: Dirk Mcmahon
                                                                            Name of agent

                                                                            9900 Bren Road East
                                                                            Address

                                                                            Minnetonka, MN 55343
                                                                            City                    State        Zip code

Type of Business/ 3rd Party: (If applicable)

| | |
|---|---|
| ☒ Corporation | ☐ Trust |
| ☐ Limited Liability Company | ☐ Partnership |
| ☐ Sole Proprietorship | ☐ Other |

The Plaintiff claims that the Defendant owes the Plaintiff $ __115.65__
Use this space to clearly state the business or other relationship between the plaintiff and defendant and how, when and where the claim arose:
[See Attachment 'Claim Description']

Amount of Claim        $ 115.65 _____ *
     Filing Fee        $ 90.00 _____
     Total             $ 205.65 _____

☐ Check here if this debt is from the extension of consumer credit and attach a Statement of Consumer Debt.

☐ Check here if this is a debt that was purchased from or assigned by a third party.

_____
Name of third party

        **\*The maximum amount of a Small Claim action is $10,000.00**
        **\*Claims in excess of $5,000.00 are subject to mandatory mediation**
        **\*Claims over $1,500 entitle the defendant to request a jury trial**

Jacqueline M Keating _____     /s/ _/s/ Jacqueline M Keating_____     9/30/19
Name of Filer                             Signature of Filer                    Date

_____        Telephone _____
Law Firm, if applicable    Bar ID # of attorney

87f Constitution Drive _____     jmktwelve@aol.com
Address                                  E-mail

Londonderry, NH 03053 _____
City                    State    Zip code

Court Use Only:

**Return Date:** __November 7, 2019__
This is the date by which the Defendant must file a response with the court or be defaulted. See separate Instructions to the Defendant.

                Clerk's Notice
                Document sent to parties
NHJB-2370-De (06/04/2018)  on  10/08/2019          Page 2 of 2

431-2019-SC-00663

Attachment Page __1__ (of __1__ )

To <u>Small Claims Complaint</u>

`Claim Description`
Once again, United Healthcare has some kind of issue with not paying for the laboratory testing charge that is and always has been part of one's yearly wellness exam. Everything else during my exam was covered but not a lab charge for the testing done on the blood they took from me during that exam?? It makes no sense whatsoever & I can never get a straight answer as to why. It has always been part of a person's yearly exam since the beginning of time and used to be covered by UHC, as it should be. I never will understand why no coverage suddenly but will continue to file small claims on these ridiculous coverage denials as needed.

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

TurboCourt.com Form Set #2817452

Filed
Filo Date: 9/30/2019 12:59 PM
10th Circuit - District Division - Derry
E-Filed Document

*For e-Filing only*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: **10th Circuit  - District Division - Derry**

Case Name: **Jacqueline M Keating v. United Healthcare Services Inc.**
 431-2019-SC-00663

Case Number:
(if known)

## CONFIDENTIAL INFORMATION SHEET FOR
## ELECTRONICALLY FILED CASES

FOR USE WHEN: This Sheet is required to be filed with any document, or up to four (4) documents <u>filed on the same date,</u> from which confidential information has been omitted (left blank) pursuant to Rule 12(c) of the New Hampshire Circuit Court – Electronic Filing Pilot Rules.  For further guidance, see Instructions for the Electronic Filing of Confidential Information.

Date: 9/30/19

Name of person filing this Confidential Information Sheet: **Jacqueline M Keating**

Names of document(s) from which confidential information has been omitted:

**Small Claim Complaint**
Name of Document

Name of Document

Name of Document

Name of Document

A. **Date of Birth** – Dates of birth are required in some cases.  Rule 12(c) requires you to include dates of birth of the parties on this sheet.

| Name | Date of birth |
|---|---|
| **Jacqueline M Keating** | **01/13/1967** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

NHJB-2878-DFPe (03/05/2015)                      Page 1 of 2

TurboCourt.com Form Set #3817452

Case Name:  Jacqueline M Keating v. United Healthcare Services Inc.

Case Number:  431-2019-SC-0 663

CONFIDENTIAL INFORMATION SHEET FOR ELECTRONICALLY FILED CASES

**B. Other Rule 12(c) Confidential Information** – Set forth any narrative/text including Rule 12(c) confidential information that has been omitted from the above named documents, clearly indicating the *document name* for each narrative/text provided.

I state that on this date I am ☐ e-serving through the court's electronic filing system, or ☐ mailing by U.S. mail, or ☐ hand-delivering a copy of this document to:

_____    or    _____
Other party                                                        Other party's attorney

☐ **Check here if you are attaching additional pages which include Rule 12(c) confidential information. Note: Upload any additional pages as part of this form and NOT as a separate document. Select Confidential Information Sheet for Electronically Filed Cases as the name of form to be uploaded.**

The information contained in this pleading is true to the best of my knowledge and belief. I understand that making a false statement in this pleading may subject me to criminal penalties.

| | |
|---|---|
| Jacqueline M Keating | /s/ Jacqueline M Keating      9/30/19 |
| Name | Signature                              Date |
| Law Firm          Bar ID # of attorney | Telephone |
| 87f Constitution Drive | jmktwelve@aol.com |
| Address | E-mail |
| Londonderry, NH 03053 | |
| City          State          Zip code | |

TurboCourt.com Form Set #3817452

$ 000.65

5534383693  C343

8753

NH CIRCUIT COURT
Electronic Filing Center
1 Granite Place, Suite N400
Concord, NH 03301

*For e-Filing only*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: __10th Circuit - District Division - Derry__

Case Name: __Jacqueline Keating v United Healthcare Services, Inc.__

Case Number: __431-2019-SC-00663__
(if known)

# APPEARANCE or WITHDRAWAL
Complete this form for <u>either</u> an appearance or a withdrawal.

**APPEARANCE:**
Type of appearance:   [✔] Appearance     [ ] Limited Appearance

Select One:
[ ] I will represent myself (self-represented)
   [ ] Creditor     [ ] Beneficiary     [ ] Heir     [ ] Intervenor

[✔] As Counsel for  __United Healthcare Services, Inc.__

If limited appearance, scope of representation:
_____
_____

**WITHDRAWAL:**
Please withdraw my appearance in my capacity as:
[ ] Creditor     [ ] Beneficiary     [ ] Heir     [ ] Intervenor
[ ] Other: _____

**MOTION FOR WITHDRAWAL** (Attorneys Only):
[ ] As Counsel for _____
_____

[ ] Notice of withdrawal was sent to my client(s) on: _____ at the following address:
_____

[ ] I am withdrawing my limited appearance as I have completed the terms of the limited representation.

[ ] The terms of limited representation have not been completed.

[ ] I state that on this date I am sending a copy of this document as required by the rules of the Circuit Court.  I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case.  I am mailing or hand-delivering copies to all other interested parties.

__Dana M. Horton, Esq.__          Signature _Dana M Horton_    Date _11/4/19_
Name

__Robinson & Cole LLP__     __266851__       __(401) 709-3352__
Law Firm              Bar ID # of attorney   Telephone

__One Financial Plaza - 14th Floor__       __dhorton@rc.om__
Address                                     E-mail

__Providence__          __RI__      __02903__
City            State        Zip code

Case Name: <u>Jacqueline Keating v United Healthcare Services, Inc.</u>

Case Number: <u>431-2019-SC-00663</u>

<u>APPEARANCE/WITHDRAWAL</u>

FOR COURT USE

## ORDER

☐ Motion for withdrawal granted.

☐ Motion for withdrawal denied.

☐ **Recommended:**

☐ **Ordered by the Court:**